IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LIZA MARTINEZ, et al.,                  :     CIVIL ACTION
                                        :     No. 09-1236
    Plaintiffs,                         :
                                        :
  v.                                    :
                                        :
CITY OF PHILADELPHIA, et al.,           :
                                        :
    Defendants.                         :

## O R D E R

**AND NOW**, this **8th** day of **March, 2013,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Litigation Cost and expenses amounting to $82,249.72 of the requested $94,811.09 are **APPROVED**; the remainder shall be distributed to Plaintiff and Intervenor according to the formula set forth in the Court's Order dated October 25, 2012;

(2) The Joint Motion for Release of Funds is **GRANTED** and Intervenor shall receive $25,000 of the wrongful death proceeds in addition to an equal share of the survivorship proceeds;

(3) $2753 shall be held in escrow to satisfy funeral expenses and a Department of Public Works lien; and

(4) $183,056.24 shall be released to Plaintiff's counsel to be paid to Plaintiff, $302,249.72 shall be released

to Plaintiff's counsel to satisfy her attorney's fees and litigation costs, and $61,941.04 shall be released to Intervenor.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,          J.**